IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD DUWAYN DOBKINS,

    Plaintiff,

vs.                                                                                                 Civ. No.  08-796 JP/RLP

CHIEF CIVIL JUDGE WILLIAM F. LANG,
DR. CAROLYN LEWIS, ROBIN JONES,
NANCY ABYETA, SPECIAL DV COMMISSIONER
SANCHEZ, and JUDGE OTERO, 13TH Judicial
District Court,

    Defendants.

<u>ORDER ADOPTING PROPOSED</u>
<u>FINDINGS AND RECOMMENDED DISPOSITION</u>

        Plaintiff mailed a letter dated October 3, 2008 to the Clerk of the Court, Matthew Dykman, which the Court construed as a motion for appointment of counsel.  Doc. No. 12, filed Oct. 6, 2008.  On October 8, the Court entered an Order of Reference (Doc. No. 13) referring Plaintiff's motion for appointment of counsel to United States Magistrate Judge Carmen E. Garza, Chairperson of the *Pro Se* Litigants Committee, for determination.  On October 20, 2008, Judge Garza entered Proposed Findings and Recommended Disposition (Doc. No. 18) recommending that the Court deny the motion for appointment of counsel.  The parties had 10 days after service of a copy of the Proposed Findings and Recommended Disposition to file any objections to the Proposed Findings and Recommended Disposition.  *See* 28 U.S.C. §636(b)(1)(C).  None of the parties have objected to the Proposed Findings and Recommended Disposition within the 10 day objection period or otherwise.  Having reviewed the Proposed Findings and Recommended Disposition, the Court concludes that the Proposed Findings and Recommended Disposition should be adopted and Plaintiff's motion for appointment of counsel

be denied.

    IT IS ORDERED that:

    1.  the October 20, 2008 Proposed Findings and Recommended Disposition (Doc. No. 18) is adopted without objections; and

    2.  Plaintiff's motion for appointment of counsel (Doc. No. 12), filed October 6, 2008, is denied.

                                              _____
                                              SENIOR UNITED STATES DISTRICT JUDGE